IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>JON GREGORY HILLMAN, RICHARD GEDION PARENT,<br><br>          Defendant. | **4:23CR3015**<br><br>**ORDER** |

Defendant Jon Gregory Hillman has moved to continue the trial (Filing No. 68). The motion to continue is unopposed. After discussing the continuance on the record during a hearing on February 22, 2024,

IT IS ORDERED:

1) Defendant's motion to continue (Filing No. 68) is granted.

2) As to both defendants, the trial of this case is set to commence before the Honorable John M. Gerrard, Senior United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on May 20, 2024, or as soon thereafter as the case may be called, for a duration of four (4) trial days. Jury selection will be held at commencement of trial.

3) The time between today's date and May 20, 2024, shall be deemed excludable time, as to both defendants, in any computation of time under the requirements of the Speedy Trial Act, because although counsel have been duly diligent, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(1), (h)(6) & (h)(7). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

2

Dated this 23rd day of February, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge