IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiffs,<br><br>vs.<br><br>JON GREGORY HILLMAN JR.,<br><br>                Defendants. | 4:23CR3015<br><br><br>**ORDER** |

      Before the Court is Defendant's motion for temporary furlough (Filing No. 85) to attend a funeral. The government advises it has no objection to this motion. After review,

      IT IS ORDERED:

1)     Defendant's unopposed motion for temporary furlough (Filing No. 85), is granted.

2)     Defendant shall be released to attend his aunt's funeral at 9:30 a.m. on August 2, 2024 and shall return to Marshal custody at 3:30 p.m. on August 2, 2024.

3)     Defendant will be picked up from the Saline County Jail in Wilber, Nebraska by Erin Treijs, who is providing the transportation for Defendant's temporary release from custody.

4)     Defendant shall return to the Saline County Jail in Wilber, Nebraska no later than 3:30 p.m. on August 2, 2024.

4)     The clerk shall provide a copy of this order to the Marshal.

Dated this 31st day of July, 2024.

                                                                   BY THE COURT:
                                                                   *s/ Jacqueline M. DeLuca*
                                                                   United States Magistrate Judge