IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>RICHARD GEDION PARENT, and JON GREGORY HILLMAN, JR.,<br><br>           Defendants. | **4:23CR3015**<br><br>**ORDER** |

    This matter is before the court on the defendant, Richard Gedion Parent's unopposed Motion to Continue Trial (Filing No. 105). Defendant Parent's counsel, who is newly appointed, needs additional time to review discovery and prepare for trial. The government and Defendant Hillman have no objection to the continuance. After a telephone conference during which the above-referenced motion was discussed, the undersigned magistrate judge finds good cause for the requested continuance given the appearance of Parent's new counsel and other representations during the telephone conference. Accordingly,

    **IT IS ORDERED** that the Motion to Continue Trial (Filing No. 105) is granted, as follows:

1. The jury trial, **for both defendants**, now set for November 18, 2024, is continued to **February 3, 2025.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and February 3, 2025**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

Dated this 28th day of October, 2024.

                                          BY THE COURT:

                                          *s/ Jacqueline M. DeLuca*
                                          United States Magistrate Judge