IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>RICHARD GEDION PARENT, and JON GREGORY HILLMAN, JR.,<br><br>  Defendants. | 4:23CR3015<br><br>**ORDER** |

This matter is before the court on the defendant, Jon Gregory Hillman, Jr.'s unopposed Motion to Continue Trial [119]. Counsel needs additional time to adequately prepare for trial. The government and counsel for co-defendant, Richard Gedion Parent, have no objection to the continuance. For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [119] is granted, as follows:

1. The jury trial, **for both defendants**, now set for February 3, 2025, is continued to May 19, 2025.

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between today's date and May 19, 2025, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

3. The final pretrial conference presently scheduled for 1/30/2025 at 04:00 PM in chambers before Judge Susan M. Bazis is canceled and will be rescheduled by further order of the Court.

Dated this 24th day of January, 2025.

BY THE COURT:

s/ Susan M. Bazis
United States District Judge